1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BARNHARDT, | **Case No.: 1:23-cv-01030-JLT-GSA-PC** |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (Doc. 10)** |
| v. | |
| ALLISON, et al., | **ORDER DISMISSING THIS CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER (Doc. 8)** |
| Defendants. | |

The Court issued findings and recommendations in this civil rights action, recommending that this action be dismissed for Plaintiff's failure to comply with the court's order issued on July 19, 2023. (ECF No. 10). The Court granted plaintiff time within which to file objections to the findings and recommendations. The deadline has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

According to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued by the Magistrate Judge on September 8, 2023 (ECF No. 10), are **ADOPTED IN FULL;**

---

[1] On September 18, 2023, the United States Postal Service returned the Court's findings and recommendations with notice that the mail was "Undeliverable," and that Plaintiff was "Discharged." (Court Record). Plaintiff has not notified the Court of his new address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1

2.   This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with the court's order (ECF No. 8), and

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 4, 2023**

UNITED STATES DISTRICT JUDGE